AO 93  (Rev. 11/13) Search and Seizure Warrant                                                          USAO No. 2022R00557

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>SpyPoint Link Micro-S Trail Camera,<br>more fully described in Attachment A | )<br>)<br>)<br>)   Case No.   MJ22-5076<br>)<br>)<br>) |

**FILED** _____ **LODGED**
_____ **RECEIVED**

**May 31, 2022**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ Western _____ District of _____ Washington _____
*(identify the person or describe the property to be searched and give its location)*:

SpyPoint Link Micro-S Trail Camera, more fully described in Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ May 31, 2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   05/17/2022 3:45 pm   3:47 DWC

*Judge's signature*

City and state:   Tacoma, Washington          DAVID W. CHRISTEL, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br><br>01081-2022-MPC016 | Date and time warrant executed:<br><br>30 May 2022    0800 | Copy of warrant and inventory left with: |
| Inventory made in the presence of :    Officer James Smet | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>    One file folder named DCIM, which contains three file folders named: 100DSCIM, 101DSCIM, TRANSMIT that contain, in total, 318 JPG Files - including their metadata, labeled HD0001 through HD0318. | | |

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date:    31 May 2022

*Executing officer's signature*

Received: 5/31/2022
D.W. Christel, Magistrate Judge

William V. Oman, Conservation Law Enforcement Officer
*Printed name and title*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTACHMENT A**
**(Property to be searched)**

The property to be searched is as follows:

- SpyPoint Link Micro-S Trail Camera placed in Training Area 11
  (47.041916, -122.414733) and its associated memory card. This
  camera is currently stored in the Joint Base Lewis-McChord
  Evidence Room.

ATTACHMENT A
USAO# 2022R00557 - 1

**ATTACHMENT B**
**(Items to be searched for and seized)**

1.     All records on the SUBJECT DEVICE described in Attachment A that relate to violations of 18 U.S.C. 795; 50 U.S.C. § 797(a)(1) and RCW 77.15.430 along with conspiracy to do the same, that is:

     a.     Photographs, videos and similar items, depicting prohibited and unlawful hunting practices, violations of military internal security regulations to include surveillance of military equipment, training, and troop activity;

     b.     Evidence of who used, owned, or controlled the digital device or other electronic storage media at the time the things described in this warrant were created;

     c.     Assigned number and identifying serial number;

     d.     Stored list of recent received or sent data;

     e.     Stored photographs and videos of game takes, firearms or other weapons, evidence of suspected criminal activity, and/or the user of the trail camera and/or co-conspirators, including any embedded GPS data associated with these photographs;

2.     As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800